IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOSEPH A. BROWN, | ) | |
| Plaintiff, | ) | Civil Action No. 7:16cv00303 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| CHARLES RATLEDGE, | ) | United States District Judge |
| Defendant. | ) | |

# FINAL ORDER

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that:

1. Plaintiff's motion for entry of default judgment (Dkt. No. 20) is DENIED;

2. Defendant's motion for summary judgment (Dkt. No. 17) is GRANTED; and

3. This matter is STRICKEN from the active docket of the court.

The Clerk shall send a copy of this order and the accompanying memorandum opinion to the parties.

Entered: September 29, 2017.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge